[No. 9435–9–III.  Division Three.  December 5, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. SANTOS VELASQUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88–1–00570–8, Howard Hettinger, J., entered July 7, 1988. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green and Shields, JJ.

[Nos. 9523–1–III; 9524–0–III;  Division Three.        December 5, 1989.]
    9525–8–III.

*In the Matter of the Welfare of*
DIANE M. GRIFFITH.

*In the Matter of the Welfare of*
MARY JANE GRIFFITH.

*In the Matter of the Welfare of*
JAMES M. GRIFFITH, JR.

JAMES GRIFFITH, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeals from judgments of the Superior Court for Chelan County, Nos. 85–7–00051–2, 85–7–00052–1, 85–7–00053–9, Peter G. Young, J. Pro Tem., entered July 28, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Munson, J.

[No. 9676–9–III.  Division Three.  December 5, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DON MALBECK, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 88–2–00009–1, Duane E. Taber, J., entered November 4, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Munson, J.